1  Albie B. Jachimowicz (State Bar No. 104549)
2  Gerald A. Emanuel (State Bar No. 61049)
   Hinkle, Jachimowicz, Pointer & Emanuel
3  2007 W. Hedding St.
   San Jose, CA 95128
4  Phone: 408-246-5500
5  Fax: 408-246-1051
   Email: ajachimowicz@hinklelaw.com
6
7  Attorneys for Plaintiff
8
9
10                 UNITED STATES DISTRICT COURT
11                 Northern District of California

12  ALEYDA MARITZA MOSCOSO,              )
    Personal Representative of the ESTATE ) Civil Action No. C 07 02998
13  OF JORGE LUIS TRUILLO,               )
                                Plaintiff )  COMPLAINT FOR DAMAGES
14           vs.                         )  (42 U.S.C. § 1983)
15  ROBERT L. DAVIS, Chief of Police for )
    the City of San Jose; CITY OF SAN    )  DEMAND FOR JURY
16  JOSE, a California Municipal         )
    Corporation, JOHN DOES 1 through 25, )
17                              Defendants )
18  _____ )

19   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
20  named parties, there is not such interest to report.
21
22
23                                              Hinkle, Jachimowicz, Pointer & Emanuel
24  Dated 5/31/07                                By: _____
25
                                                Albie B. Jachimowicz
26                                              Gerald A. Emanuel
                                                Attorneys for Plaintiffs
27
28


CERTIFICATION OF INTERESTED PARITES