1  Albie B. Jachimowicz (State Bar No. 104549)
2  Gerald A. Emanuel (State Bar No. 61049)
   Hinkle, Jachimowicz, Pointer & Emanuel
3  2007 W. Hedding St.
   San Jose, CA 95128
4  Phone: 408-246-5500
   Fax: 408-246-1051
5  Email: ajachimowicz@hinklelaw.com
6
7  Attorneys for Plaintiff

8                  UNITED STATES DISTRICT COURT
9
                   Northern District of California
10
11 ALEYDA MARITZA MOSCOSO,              )   C 07 02998
   Personal Representative of the ESTATE )   Civil Action No. _____
12 OF JORGE LUIS TRUILLO,               )
                           Plaintiff    )   SUMMONS
13                    vs.               )   Fed. R. Civ. P 4(a)
   ROBERT L. DAVIS, Chief of Police for )
14 the City of San Jose; CITY OF SAN    )
15 JOSE, a California Municipal         )
   Corporation, JOHN DOES 1 through 25, )
16                         Defendants   )
17                                      )

18     *To the above-named Defendant:*

19     You are hereby summoned and required to serve upon Albie

20 Jachimowicz, plaintiff's attorney, whose address is 2007 W. Hedding St., San

21 Jose, CA 95128, an answer to the complaint, which is herewith served upon
22
23 you, within 20 days after service of this summons upon you, exclusive of the

24 day of service.

25 ///
26 ///
27
28 ///

SUMMONS - 1

1  If you fail to do so, judgment by default will be taken against you for the relief
2  demanded in the complaint.
3
4  Dated  5/31/07                                  Hinkle, Jachimowicz, Pointer & Emanuel
5                                                   By: _____
6                                                   Albie B. Jachimowicz
7                                                   Gerald A. Emanuel
                                                     Attorneys for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28