RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Senior Deputy City Attorney (#85620)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street, 16th Fl.
San Jose, California  95113
Telephone:  (408) 535-1900
Facsimile:  (408) 998-3131
Email:  caomain@sanjoseca.gov

Attorneys for Defendants
ROBERT L. DAVIS, Chief of Police for the City of San Jose;
CITY OF SAN JOSE, a California Municipal Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation, JOHN DOES 1 through 25,<br><br>Defendants. | CASE NO.:  C07 02998 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  reassignment of this case to a United States District Judge.
2
3  Dated: August 14, 2007                           RICHARD DOYLE, City Attorney
4
5                                                   By: _____
                                                         MICHAEL R. GROVES
6                                                        Senior Deputy City Attorney
7                                                   Attorneys for Defendants
                                                    ROBERT L. DAVIS,
                                                    Chief of Police for the City of San Jose;
8                                                   CITY OF SAN JOSE,
                                                    a California Municipal Corporation
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Declination to Proceed Before Magistrate Judge &                                C07 02998 PVT
Request Reassignment to a USDC Judge
C07-02998 PVT