1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL R. GROVES, Senior Deputy City Attorney (#85620)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Fl.
4  San Jose, California 95113
   Telephone: (408) 535-1900
5  Facsimile: (408) 998-3131
   Email: caomain@sanjoseca.gov
6
   Attorneys for Defendants
7  ROBERT L. DAVIS, Chief of Police for the City of San Jose;
   CITY OF SAN JOSE, a California Municipal Corporation
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation, JOHN DOES 1 through 25,<br><br>Defendants. | CASE NO.: C07 02998 PVT<br><br>**PROOF OF SERVICE** |

                          SEE ATTACHED

PROOF OF SERVICE
C07-02998 PVT

1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL R. GROVES, Senior Deputy City Attorney (#85620)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Fl.
4  San Jose, California 95113
   Telephone: (408) 535-1900
5  Facsimile: (408) 998-3131
   Email: caomain@sanjoseca.gov
6
   Attorneys for Defendants
7  ROBERT L. DAVIS, Chief of Police for the City of San Jose;
   CITY OF SAN JOSE, a California Municipal Corporation
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation, JOHN DOES 1 through 25,<br><br>Defendants. | CASE NO.: C07 02998 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

20       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21       The undersigned party hereby declines to consent to the assignment of this case to

22  a United States Magistrate Judge for trial and disposition and hereby requests the

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1
Declination to Proceed Before Magistrate Judge &       C07 02998 PVT
Request Reassignment to a USDC Judge
C07-02998 PVT

1  reassignment of this case to a United States District Judge.

2

3  Dated: August 14, 2007                    RICHARD DOYLE, City Attorney

4

5                                            By: _____
                                                  MICHAEL R. GROVES
6                                                 Senior Deputy City Attorney

7                                            Attorneys for Defendants
                                             ROBERT L. DAVIS,
8                                            Chief of Police for the City of San Jose;
                                             CITY OF SAN JOSE,
9                                            a California Municipal Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Other Documents**
5:07-cv-02998-PVT Moscoso v. Davis et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from by Groves, Michael entered on 8/14/2007 11:32 AM and filed on 8/14/2007
**Case Name:**      Moscoso v. Davis et al
**Case Number:**   5:07-cv-2998
**Filer:**                  Robert L. Davis
                               City of San Jose
**Document Number:** 7

**Docket Text:**
Declination to Proceed Before a U.S. Magistrate Judge by Robert L. Davis, City of San Jose. (Groves, Michael) (Filed on 8/14/2007)


**5:07-cv-2998 Notice has been electronically mailed to:**

Michael R. Groves    CAO.Main@ci.sj.ca.us

**5:07-cv-2998 Notice has been delivered by other means to:**

Gerald Allen Emanuel
Hinckle Jachimowicz et al
2007 W Hedding St
San Jose, CA 95128-1428

Albie Jachimowicz
Hinkle Jachimowicz & Pointer
2007 W. Hedding Street
San Jose, CA 95128

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\E-Filing\Dippell\C07 02998 PVT.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/14/2007] [FileNumber=3672126-0]

[2a4e64deb3a9bb1d092aa285084bc285917872289944b55e84e5975c096459dc923b0
fe45d7bb2a07835882740e00169c77af9df69d49de64052acda0b27cd32]]

## PROOF OF SERVICE

CASE NAME:   MOSCOSO v. CITY OF SAN JOSE, et al.

CASE NO.:    C07-02998 PVT

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 14, 2007, I caused to be served the within:

**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGMENT**

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Albie B. Jachimowicz
Gerald Allen Emanuel
2007 W. Hedding Street, Ste. 100
San Jose, CA 95128
Phone Number: 246-5500
Fax Number: 246-1051

Attorneys for Aleyda Moscoso, Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 14, 2007, at San Jose, California.

*/s/ Beverly Troxel*
Beverly Troxel