UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEYDA MARITZA MOSCOSO,ET. AL, | Case Number: CV07-02998 JF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT L. DAVIS,ET.AL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Albie Jachimowicz
Hinkle Jachimowicz & Pointer
2007 W. Hedding Street
San Jose, CA 95128

Gerald Allen Emanuel
Hinckle Jachimowicz et al
2007 W Hedding St
San Jose, CA 95128-1428


Dated: August 15, 2007

                                              Richard W. Wieking, Clerk
                                              By: Sandy Morris, Deputy Clerk