UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CLAIFORNIA

ALEYDA MARITZA MOSCOSO,
Personal Representative of the ESTATE
OF JORGE LUIS TRUILLO,

                Plaintiff,

v.

ROBERT L. DAVIS, Chief of Police for
the City of San Jose; CITY OF SAN
JOSE, a California Municipal
Corporation,

                Defendants.
_____/

Case No. C 07-02998 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/20/2007

&lt;Ms. Moscoso resides in Guatmala. Counsel was not able to obtain her signature for this document.&gt;

_____
[Party] ALEYDA MARITZA MOSCOSO

Dated: 08/20/2007

_____
[Counsel] ALBIE JACHIMOWICZ