UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEYDA MARITZA MOSCOSO, et al.,

CASE NO. C 07-02998 JF

Plaintiff(s),

v.

ROBERT L. DAVIS, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:
✓
    |90 days from the date of the order
*referring the case to an ADR process unless otherwise ordered,* **unless the case is stayed.**

Dated: 8/2/2007

Attorney for Plaintiff
ALBIE JACHIMOWICZ

Dated: 8/20/2007

Attorney for Defendant
STEVEN B. DIPPELL

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
✓        90 days from the date of this order.
✓        other   unless the case is stayed

IT IS SO ORDERED.

Dated:_____                              _____

                                                        UNITED STATES MAGISTRATE JUDGE