1 | RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
2 | STEVEN B. DIPPELL, Senior Deputy City Attorney (#121217)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3 | Office of the City Attorney
200 East Santa Clara Street, 16th Fl.
4 | San Jose, California 95113
Telephone: (408) 535-1900
5 | Facsimile: (408) 998-3131
Email: caomain@sanjoseca.gov
6
Attorneys for Defendants
7 | ROBERT L. DAVIS, Chief of Police for the City of San Jose;
CITY OF SAN JOSE, a California Municipal Corporation
8

9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation, JOHN DOES 1 through 25,<br><br>Defendants. | CASE NO.: C07 02998 JF<br><br>**PROOF OF SERVICE** |

SEE ATTACHED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEYDA MARITZA MOSCOSO, et al.,

CASE NO. C 07-02998 JF

Plaintiff(s),

v.

ROBERT L. DAVIS, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:
✓                                |90 days from the date of the order
    referring the case to an ADR process unless otherwise ordered, **unless the case is stayed.**

Dated: 8/2/2007

Attorney for Plaintiff
ALBIE JACHIMOWICZ

Dated: 8/20/2007

Attorney for Defendant
STEVEN B. DIPPELL

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓    Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
✓    other   unless the case is stayed

IT IS SO ORDERED.

Dated:_____                  _____

                                                          UNITED STATES MAGISTRATE JUDGE

1 | **PROOF OF SERVICE**

2 | CASE NAME: MOSCOSO v. CITY OF SAN JOSE, et al.

3 | CASE NO.: C07-02998 JF

4 | I, the undersigned declare as follows:

5 | I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 21, 2007, I caused to be served the within:

**STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Albie B. Jachimowicz
Gerald Allen Emanuel
2007 W. Hedding Street, Ste. 100
San Jose, CA 95128
Phone Number: 246-5500
Fax Number: 246-1051

Attorneys for Aleyda Moscoso, Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 21, 2007, at San Jose, California.

_Beverly Troxel_ (signature)

---

Proof of Service
431402

C07 02998 JR