UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEYDA MARITZA MOSCOSO, et al.

           Plaintiff(s),

v.

ROBERT L. DAVIS, et al.

           Defendant(s).

Case No. C 07-02998 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/21/2007

[Party] NORA FRIMANN, Chief Trial Attorney for CITY OF SAN JOSE

Dated: 8/21/2007

[Counsel] STEVEN B. DIPPELL
Sr. Deputy City Attorney