1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  STEVEN B. DIPPELL, Senior Deputy City Attorney (#121217)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Fl.
4  San Jose, California 95113
   Telephone: (408) 535-1900
5  Facsimile: (408) 998-3131
   Email: caomain@sanjoseca.gov
6
   Attorneys for Defendants
7  ROBERT L. DAVIS, Chief of Police for the City of San Jose;
   CITY OF SAN JOSE, a California Municipal Corporation
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | ALEYDA MARITZA MOSCOSO,              | CASE NO.: C07 02998 JF
   | Personal Representative of the ESTATE |
13 | OF JORGE LUIS TRUILLO,                | **PROOF OF SERVICE**
   |                                       |
14 |             Plaintiff,                |
   |                                       |
15 |        vs.                            |
   |                                       |
16 | ROBERT L. DAVIS, Chief of Police for  |
   | the City of San Jose; CITY OF SAN     |
17 | JOSE, a California Municipal          |
   | Corporation, JOHN DOES 1 through 25,  |
18 |                                       |
   |             Defendants.               |
19

20

21                    SEE ATTACHED

22

23

24

25

26

27

28

---

PROOF OF SERVICE
C07-02998 JF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEYDA MARITZA MOSCOSO, et al.

                Plaintiff(s),

v.

ROBERT L. DAVIS, et al.

                Defendant(s).

Case No. C 07-02998 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/21/2007

[Party] NORA FRIMANN, Chief Trial Attorney for CITY OF SAN JOSE

Dated: 8/21/2007

[Counsel] STEVEN B. DIPPELL
Sr. Deputy City Attorney

## PROOF OF SERVICE

CASE NAME:   MOSCOSO v. CITY OF SAN JOSE, et al.

CASE NO.:    C07-02998 JF

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 21, 2007, I caused to be served the within:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**
**(CITY OF SAN JOSE)**

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Albie B. Jachimowicz
Gerald Allen Emanuel
2007 W. Hedding Street, Ste. 100
San Jose, CA 95128
Phone Number: 246-5500
Fax Number: 246-1051

Attorneys for Aleyda Moscoso, Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 21, 2007, at San Jose, California.

_____
Beverly Troxel

Proof of Service
431402

C07 02998 JR