1  RICHARD DOYLE, City Attorney (#88625)
2  NORA FRIMANN, Chief Trial Attorney (93249)
   STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
3  NKIA D. RICHARDSON, Deputy City Attorney (193209)
   Office of the City Attorney
4  200 East Santa Clara Street
   San José, California 95113-1905
5  Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
6  E-Mail Address: cao.main@sanjoseca.gov

7  Attorneys for ROBERT L. DAVIS, Chief of Police for
   the City of San Jose; CITY OF SAN JOSE, a
8  California Municipal Corporation

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO, <br><br> Plaintiff(s), <br><br> v. <br><br> ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation, and DOES 1-25, inclusive, <br><br> Defendant(s). | Case Number: C07-02998 JF <br><br> **STIPULATION AND JOINT PROPOSED DISCOVERY PLAN** <br> [FRCP Rule 26(f) Report] |

This case concerns the death of Jorge Luis Trujillo.

On January 25, 2006, Mr. Trujillo was attacked while he was walking down the street, and brutally beaten by several assailants with a baseball bat. The police were called to the scene, but all the parties involved in the incident were gone by the time they arrived. Later in the evening, the police were called to a residence on a report of a man breaking into a car. The man was injured and combative when the police arrived, and had to be forcibly subdued. Once restrained, the man was taken to a hospital, where he expired the following day. Investigation revealed that the man was Jorge Luis Trujillo, and

1. that he was the victim of the earlier assault. The Police Department's investigation also resulted in the arrest of four individuals involved in the assault of Mr. Trujillo. Those four individuals are presently awaiting trial, charged with his murder.

The present action has been brought on behalf of Mr. Trujillo's estate, and claims that officers of the San Jose Police Department caused Mr. Trujillo's death. The defendants are the City of San Jose and Robert Davis, Chief of the San Jose Police Department (collectively referred to as the "City").

Counsel for the parties conducted the conference required by FRCP Rule 26(f) on August 20, 2007. Because of the potential negative impact of this case on the criminal prosecution of those who assaulted Mr. Trujillo, and the difficulties in obtaining important evidence during the pendency of the criminal action, counsel for the City proposed that the parties jointly request that this case be stayed until the criminal action is adjudicated. Counsel for the plaintiff responded by saying that he needs to discuss this request with the representative of Mr. Trujillo's estate. However, he also said the representative lives in Guatemala and does not have a telephone, so he said he would write to her and would have to wait for her to respond.

In the meantime, the parties stipulated and agreed to postpone the initial disclosures described in FRCP Rule 26(a)(1) and all discovery, at least until sometime after the issue of whether this case should be stayed is resolved, either by stipulation and proposed order or by a motion brought by the City. Once that issue is resolved, or if the

///
///
///
///
///
///
///
///

STIPULATION AND JOINT PROPOSED DISCOVERY PLAN
Case No: C07-02998 JF

433850

case is stayed, once the stay ends, the parties will conduct another Rule 26(f) conference to schedule the initial disclosures and revise this discovery plan

Respectfully submitted,

Dated:  September 4, 2007

RICHARD DOYLE, City Attorney

By: _____
STEVEN B. DIPPELL
Sr. Deputy City Attorney

Attorneys for ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation

Dated:  August ___, 2007

HINKLE, JACHIMOWICZ, POINTER & MAYRON

By: _____
ALBIE B. JACHIMOWICZ
Attorneys for ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO

1  case is stayed, once the stay ends, the parties will conduct another Rule 26(f) conference
2  to schedule the initial disclosures and revise this discovery plan
3
4                                          Respectfully submitted,
5  Dated: August ___, 2007                 RICHARD DOYLE, City Attorney
6
7                                          By: _____
8                                              STEVEN B. DIPPELL
                                               Sr. Deputy City Attorney
9
                                           Attorneys for ROBERT L. DAVIS, Chief of Police
10                                         for the City of San Jose; CITY OF SAN JOSE, a
                                           California Municipal Corporation
11
12
13
14 Dated: August 30, 2007                  HINKLE, JACHIMOWICZ, POINTER & MAYRON
15
16                                         By: _____
17                                             ALBIE B. JACHIMOWICZ
                                               Attorneys for ALEYDA MARITZA
18                                             MOSCOSO, Personal Representative of the
                                               ESTATE OF JORGE LUIS TRUILLO
19
20
21
22
23
24
25
26
27
28

STIPULATION AND JOINT PROPOSED DISCOVERY PLAN                                    433850
Case No: C07-02998 JF