\*\*E-filed 9/4/07\*\*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEYDA MARITZA MOSCOSO, et al.,

               Plaintiff(s),

CASE NO. C 07-02998 JF

v.

ROBERT L. DAVIS, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

               Defendant(s).
_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
       Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:
✓
                           |90 days from the date of the order
*referring the case to an ADR process unless otherwise ordered*, unless the case is stayed.

Dated: 8/2/2007

Attorney for Plaintiff
ALBIE JACHIMOWICZ

Dated: 8/20/2007

Attorney for Defendant
STEVEN B. DIPPELL

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓      Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
✓      90 days from the date of this order.
✓      other   unless the case is stayed

IT IS SO ORDERED.

Dated:   8/31/07

_____
UNITED STATES MAGISTRATE JUDGE
District Judge Jeremy Fogel