1   Albie B. Jachimowicz (State Bar No. 104549)
    Gerald A. Emanuel (State Bar No. 61049)
2   Hinkle, Jachimowicz, Pointer & Emanuel
    2007 W. Hedding St.
3   San Jose, CA 95128
    Phone: 408-246-5500
4   Fax: 408-246-1051
    Email: ajachimowicz@hinklelaw.com
5

6

7   Attorneys for Plaintiff
    ALEYDA MARITZA MOSCOSO, Personal
    Representative of the ESTATE OF JORGE
8   LUIS TRUILLO

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO, <br><br> Plaintiff <br><br> v. <br><br> ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation; JOHN DOES 1 through 25, <br><br> Defendants. | Civil Action No. C07 02998 JF <br><br> Certification of Interested Entities or Persons |

  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

named parties, there is not such interest to report.

Dated: 9/7/07

                    Hinkle, Jachimowicz, Pointer & Emanuel

                    By:

                    Gerald A. Emanuel

                    Attorneys for Plaintiff
                    ALEYDA MARITZA MOSCOSO, Personal
                    Representative of the ESTATE OF JORGE LUIS
                    TRUILLO

- 1 -

CERTIFICATION OF INTERESTED PARITES