# UNITED STATES DISTRICT COURT

## Northern District of California

| Moscoso, | 07-02998 JF ENE |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Davis, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Gail Killefer**
> Killefer Mediation
> 417 Montgomery Street, Suite 300
> San Francisco, CA 94104-1109
> 415-383-8494

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: October 1, 2007

5  RICHARD W. WIEKING
   Clerk
6  by:    Claudia M. Forehand

7  *(signature)*

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02998 JF ENE                    - 2 -