UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEYDA MARITZA MOSCOSO, et al.

         Plaintiff(s),

         v.

ROBERT L. DAVIS, et al.

         Defendant(s).

Case No. C 07-02998 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/21/2007

[Party] ROBERT DAVIS, Chief of Police, Individually, and on behalf of the CITY OF SAN JOSE

Dated: 8/20/2007

[Counsel]
STEVEN B. DIPPELL
Sr. Deputy City Attorney