1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (93249)
2  STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
   NKIA D. RICHARDSON, Deputy City Attorney (193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
7  Attorneys for ROBERT L. DAVIS, Chief of Police for
   the City of San Jose; CITY OF SAN JOSE, a
8  California Municipal Corporation

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  ALEYDA MARITZA MOSCOSO, Personal          Case Number:  C07-02998 JF
    Representative of the ESTATE OF
13  JORGE LUIS TRUILLO,                        **STIPULATION AND [PROPOSED]
                                               ORDER STAYING ACTON**
14                  Plaintiff(s),

15          v.

16  ROBERT L. DAVIS, Chief of Police for the
    City of San Jose; CITY OF SAN JOSE, a
17  California Municipal Corporation, and
    DOES 1-25, inclusive,
18
                    Defendant(s).
19

20

21      This case concerns the death of Jorge Luis Trujillo.

22      On January 25, 2006, Mr. Trujillo was attacked while he was walking down the

23  street, and brutally beaten by several assailants with a baseball bat.  The police were

24  called to the scene, but all the parties involved in the incident were gone by the time they

25  arrived.  Later in the evening, the police were called to a residence on a report of a man

26  breaking into a car.  The man was injured and combative when the police arrived, and had

27  to be forcibly subdued using pepper spray, Tasers and a baton.  Once restrained, the man

28  was taken to a hospital, where he expired the following day.  Investigation revealed that

---

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No: C07-02998 JF                                               443066

1  the man was Jorge Luis Trujillo, and that he was the victim of the earlier assault.  The

2  Police Department's investigation also resulted in the arrest of four individuals involved in

3  the assault of Mr. Trujillo.  Those four individuals are presently awaiting trial, charged with

4  his murder.

5     The present action has been brought on behalf of Mr. Trujillo's estate, and claims

6  that officers of the San Jose Police Department caused Mr. Trujillo's death.  The

7  defendants are the City of San Jose and Robert Davis, Chief of the San Jose Police

8  Department.

9     Because of the potential negative impact of this case on the criminal prosecution of

10  those who assaulted Mr. Trujillo, and the difficulties in obtaining important evidence during

11  the pendency of the criminal action, the parties hereby stipulate and jointly request that this

12  case be stayed until at least such time as the last of the criminal defendants is sentenced

13  or acquitted.

14

15  Dated:  October 22, 2007

16

17

18

19

20

21

22

23

24  Dated:  October 22, 2007

25

26

27

28

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
STEVEN B. DIPPELL
Sr. Deputy City Attorney

Attorneys for ROBERT L. DAVIS, Chief of Police
for the City of San Jose; CITY OF SAN JOSE, a
California Municipal Corporation

HINKLE, JACHIMOWICZ, POINTER & MAYRON

By: _____
ALBIE B. JACHIMOWICZ
Attorneys for ALEYDA MARITZA
MOSCOSO, Personal Representative of the
ESTATE OF JORGE LUIS TRUILLO

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No: C07-02998 JF

443066

1

## ORDER

2     Having read and considered the stipulation and joint request for a stay of these

3 proceedings, and finding good cause to grant that request, it is hereby ordered that this

4 action be, and hereby is, stayed, at least until such time as the last of the defendants

5 charged with Jorge Trujillo's murder is sentenced or acquitted.  When counsel learns that

6 either of these two events has occurred, counsel are to notify the court and request either

7 that the stay be terminated and that the court set a date for a case management

8 conference, or that the stay be continued for some reason.

9

10

11 Dated: _____          _____

12                                            HON. JEREMY FOGEL

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28