\*\*E-filed 10/26/07\*\*

1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (93249)
2  STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
   NKIA D. RICHARDSON, Deputy City Attorney (193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California 95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number: (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov
6
7  Attorneys for ROBERT L. DAVIS, Chief of Police for
   the City of San Jose; CITY OF SAN JOSE, a
8  California Municipal Corporation

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11

12 | ALEYDA MARITZA MOSCOSO, Personal      | Case Number: C07-02998 JF
   | Representative of the ESTATE OF        |
13 | JORGE LUIS TRUILLO,                    | STIPULATION AND [PROPOSED]
   |                                        | ORDER STAYING ACTION
14 |           Plaintiff(s),                |
15 |      v.                                |
16 | ROBERT L. DAVIS, Chief of Police for the |
   | City of San Jose; CITY OF SAN JOSE, a  |
17 | California Municipal Corporation, and  |
   | DOES 1-25, inclusive,                  |
18 |                                        |
   |           Defendant(s).                |
19

20
21        This case concerns the death of Jorge Luis Trujillo.
22        On January 25, 2006, Mr. Trujillo was attacked while he was walking down the
23 street, and brutally beaten by several assailants with a baseball bat. The police were
24 called to the scene, but all the parties involved in the incident were gone by the time they
25 arrived. Later in the evening, the police were called to a residence on a report of a man
26 breaking into a car. The man was injured and combative when the police arrived, and had
27 to be forcibly subdued using pepper spray, Tasers and a baton. Once restrained, the man
28 was taken to a hospital, where he expired the following day. Investigation revealed that

STIPULATION AND [PROPOSED] ORDER STAYING ACTION                    443066
Case No: C07-02998 JF

the man was Jorge Luis Trujillo, and that he was the victim of the earlier assault. The Police Department's investigation also resulted in the arrest of four individuals involved in the assault of Mr. Trujillo. Those four individuals are presently awaiting trial, charged with his murder.

The present action has been brought on behalf of Mr. Trujillo's estate, and claims that officers of the San Jose Police Department caused Mr. Trujillo's death. The defendants are the City of San Jose and Robert Davis, Chief of the San Jose Police Department.

Because of the potential negative impact of this case on the criminal prosecution of those who assaulted Mr. Trujillo, and the difficulties in obtaining important evidence during the pendency of the criminal action, the parties hereby stipulate and jointly request that this case be stayed until at least such time as the last of the criminal defendants is sentenced or acquitted.

Dated: October 22, 2007

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: /s/ STEVEN B. DIPPELL
Sr. Deputy City Attorney

Attorneys for ROBERT L. DAVIS, Chief of Police for the City of San Jose; CITY OF SAN JOSE, a California Municipal Corporation

Dated: October 22, 2007

HINKLE, JACHIMOWICZ, POINTER & MAYRON

By: /s/ ALBIE B. JACHIMOWICZ
Attorneys for ALEYDA MARITZA MOSCOSO, Personal Representative of the ESTATE OF JORGE LUIS TRUILLO

## ORDER

Having read and considered the stipulation and joint request for a stay of these proceedings, and finding good cause to grant that request, it is hereby ordered that this action be, and hereby is, stayed, at least until such time as the last of the defendants charged with Jorge Trujillo's murder is sentenced or acquitted. When counsel learns that either of these two events has occurred, counsel are to notify the court and request either that the stay be terminated and that the court set a date for a case management conference, or that the stay be continued for some reason.

Dated: 10/26/07

_____
HON. JEREMY FOGEL

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No: C07-02998 JF

443066