**E-filed 10/26/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**ALEYDA MARITZA MOSCOSO,**

    Plaintiff,

     v.

**ROBERT L. DAVIS,**

    Defendants.
_____

No. C-07-2998-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to an Order Staying the Case, the Court has rescheduled the Case Management Conference currently scheduled for October 26, 2007. The new hearing date is Friday, June 27, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/26/07

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy