

CITY OF
SAN JOSE
CAPITAL OF SILICON VALLEY

*Office of the City Attorney*

RICHARD DOYLE, CITY ATTORNEY

STEVEN B. DIPPELL
Sr. Deputy City Attorney
Direct Line: (408) 535-1948

**Posted on Docket
C-07-02998 JF**

July 3, 2008

Hon. Judge Jeremy Fogel
United States District Court
Northern District
Courtroom 3
280 South 1st Street
San Jose, CA 95113

    Re:    *MOSCOSO v. CITY OF SAN JOSE, et al.*
           Northern District Court Case Number: C-07-02998 JF

Dear Judge Fogel:

    As requested by Teresa Fleishman when she recently arranged to continue the status conference previously scheduled for June 27, 2008 to January 23, 2009, I am writing to provide the court with a status report regarding the criminal case pending against those charged with murdering the Plaintiff's decedent, Jorge Trujillo. The pendency of that criminal case is the reason this civil action has been stayed.

    Of the four individuals arrested for Mr. Trujillo's murder, I understand one has entered a plea, the charge(s) against another has/have been dismissed, and the remaining two are scheduled for preliminary hearing on September 22, 2008. Assuming those two individuals are held to answer at the preliminary hearing, the best estimate of the Deputy District Attorney handling the case is that the trial of those individuals will occur in December or January.

    Thank you for your assistance in this matter.

Very truly yours,

RICHARD DOYLE, City Attorney

By: _____
STEVEN B. DIPPELL
Sr. Deputy City Attorney

SBD/sbd
cc:    Patrick Stokes (by FAX)
        Albie B. Jachimowicz (by FAX)